ORDERED UNSEALED on 09/04/2024 s/ andreasar

SEALED

s/ A. Santiago

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID GILBERT GOMEZ,
a/k/a "Choker",

Defendant.

Case No.: **24-mj-03172**

COMPLAINT FOR VIOLATION OF:

Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm

The undersigned complainant being duly sworn states:

COUNT ONE

On or about March 12, 2024, within the Southern District of California, defendant David GOMEZ knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded 9mm Glock handgun bearing serial number BVKD694; in violation of Title 18, United States Code, Section 922(g)(1).

FELIX OSORIO-RUIZ
Digitally signed by FELIX OSORIO-RUIZ
Date: 2024.08.20 11:47:59 -07'00'

FELIX OSORIO-RUIZ
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 21 day of August 2024.

HON. ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

On March 12, 2024, at approximately 11:40 p.m., patrolling Imperial Police Department Officers observed an individual operating a bicycle with no lighting in the front or rear and conducted a traffic stop based on that traffic violation. That cyclist yielded to police and stopped near 408 1/2 North H Street in Imperial, California (the "Residence"), which is within the Southern District of California.

As police exited their patrol vehicle, they observed two males standing near a vehicle. Upon seeing the police, both males near the vehicle ran towards the Residence. One of the males entered the front door of the Residence. The second male attempted to also enter the Residence through the front door, but hit his head on the closed door and turned towards the officers. As police approached that male, they observed the individual was bald Hispanic male with several tattoos on his face and neck. That tattooed individual then ran into the Residence through a side entrance.

Police returned to the vehicle parked in front of the Residence and observed, in plain view, a firearm with an extended magazine located on the front passenger's seat. For officer safety, Police ordered another individual that was present, later identified as Rogelio Garay, to kneel on the ground. A search of the vehicle revealed the firearm on the front passegner's seat was a 9mm Glock firearm bearing serial number BVKD694 loaded with approximately 17 rounds of ammunition. Police also found a black bag with a lighter bearing the words "Choker" and "Shelltown."

At the time of the firearm seizure, there was an active "Be On The Lookout" (BOLO) for an individual named David GOMEZ a/k/a "Choker" with a documented affiliation to the San Diego-based "Shelltown" gang. Police positively GOMEZ from the BOLO as the individual who ran into the side entrance of the Residence.

On July 23, 2024, investigators obtained a federal search warrant to obtain a sample of GOMEZ's DNA, which they executed on July 24, 2024. In the course of executing the search warrant, investigators Mirandized GOMEZ and GOMEZ agreed to give statement regarding the March 12, 2024 incident. After signing written consent form, GOMEZ

admitted that he possessed the Glock firearm police seized on March 12, 2024, and further admitted he stole the firearm from another individual.

Records checks on GOMEZ revealed the following relevant criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 11/22/2005 | CASC – San Diego | Cal. V.C. §10851—Taking Vehicle Without Owner Consent (Felony) | 2 Years Prison |
| 12/8/2005 | CASC – San Diego | Cal. V.C §10851—Taking Vehicle Without Owner Consent (Felony) | 2 Years Prison |
| 7/2/2008 | CASC – San Diego | Cal. P.C. §594—Vandalism (Felony) | 3 Years Probation |
| 1/11/2010 | CASC – San Diego | Cal. H.S. §11377—Possession of a Controlled Substance (Felony) | 3 Years Probation |
| 4/10/2010 | CASC – San Diego | Cal. P.C. §12021—Felon in Possession of a Firearm (Felony) | 2 Years Prison |
| 6/26/2012 | CASC – Chino | Cal. P.C. §12021—Felon in Possession of a Firearm (Felony) | 4 Years Prison |
| 12/10/2015 | United States District Court – Southern District of California 15-CR-1131-JAH | 18 U.S.C. §922(g)(1) – Felon in Possession of a Firearm (Felony) | 63 Months + 3 Years Supervised Release |
| 4/8/2020 | United States District Court – Southern District of California 19-CR-4924-JAH | 18 U.S.C. §751(a) – Escape from Federal Custody (Felony) | 120 Days |

The Glock firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.